Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OWL VENICE, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-08428-FLA-SK<br><br>Honorable Judge Fernando L. Aenlle-Rocha<br>Courtroom 6B, 6th Floor<br><br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 25, 2021<br><br>Trial Date: None |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1    Plaintiff, Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the

2    claims of Plaintiff have settled on an individual basis.  A notice of dismissal with

3    prejudice of Plaintiff's individual claims and without prejudice of the claims of the

4    purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)

5    will be filed upon execution of a formal settlement agreement.  Plaintiff reserves

6    the right to reopen within forty-five (45) days if a settlement is not finalized.

7

8    Dated: February 24, 2022                    Respectfully Submitted,

9

10                                               /s/ Thiago M. Coelho
                                                 Thiago M. Coelho
11                                               **WILSHIRE LAW FIRM**
                                                 *Attorneys for Plaintiff and*
12                                               *Proposed Class*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The undersigned hereby certifies that on February 24, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 24, 2022                    */s/ Thiago M. Coelho*
                                            Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137